UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, AMERICAN CIVIL LIBERTIES UNION OF MARYLAND, AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, and AMERICAN CIVIL LIBERTIES UNION OF DELAWARE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | Case No.: 1:17-cv-00441-LMB-IDD |

## ORDER

Upon consideration of the parties' joint motion for an enlargement of time, it is hereby

ORDERED that the parties' joint motion is GRANTED; it is further

ORDERED that the parties shall address all issues relating to attorney's fees according to the following schedule:

    April 26, 2019 – Plaintiffs' motion for attorney's fees due

    May 17, 2019 – Defendants' opposition to motion for attorney's fees due

    June 7, 2019 – Plaintiffs' reply in support of motion for attorney's fees due

    June 14, 2019 – Hearing on motion for attorney's fees

Date: 25 Mar 19

/s/
Ivan D. Davis
United States Magistrate Judge