**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, AMERICAN CIVIL LIBERTIES UNION OF MARYLAND, AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, and AMERICAN CIVIL LIBERTIES UNION OF DELAWARE,<br><br>         Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>         Defendants. | Case No. 1:17-cv-00441-LMB-IDD |

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiffs American Civil Liberties Union of Virginia, American Civil Liberties Union of Maryland, American Civil Liberties Union of Pennsylvania, and American Civil Liberties Union of Delaware and defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection, by and through their undersigned counsel, stipulate that the above-captioned action is dismissed with prejudice in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own costs, fees, and expenses.

Dated:  May 17, 2019

  /s/
Maya M. Eckstein (Va. Bar No. 41413)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, Virginia 23229
meckstein@hunton.com
T: 804-788-8200
F: 804-343-4630

*Attorney for Plaintiffs American Civil Liberties Union of Virginia, American Civil Liberties Union of Maryland, American Civil Liberties Union of Pennsylvania, and American Civil Liberties Union of Delaware*

Dated:  May 17, 2019

JOSEPH H. HUNT
Assistant Attorney General

G. ZACHARY TERWILLIGER
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

GARRETT COYLE
Trial Attorney, Federal Programs Branch

  /s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Tel:  (703) 299-3891
Fax:  (703) 299-3983
E-mail:  dennis.barghaan@usdoj.gov

*Counsel for Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection*